**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**AT BECKLEY**

UNITED STATES OF AMERICA

v.                                     CRIMINAL ACTION NO. 5:23-cr-00093

MATTHEW HARRIS ENGLAND


**ORDER**

On September 24, 2024, all counsel and the Defendant appeared for a guilty plea hearing.  Count One charges the Defendant with being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8). [Doc. 1]. Count Two charges the Defendant with knowingly receiving and possessing an unregistered firearm, namely a short-barreled shotgun, in violation of 26 U.S.C. §§ 5841, 5861(d), and 5871. [*Id.*]. The Honorable Omar J. Aboulhosn, United States Magistrate Judge, to whom the hearing was referred, filed his proposed findings and recommendation ("PF&R") on September 24, 2024. [Doc. 82]. Objections in this case were due on October 11, 2024. [*Id.*]. No objections were filed.

Accordingly, the Court **ADOPTS** the PF&R [**Doc. 82**]. The Defendant is **ADJUDGED** guilty and convicted of violating the statutes charged. All dates and case events in the PF&R are adopted.

The Court **DIRECTS** the Clerk to transmit a copy of this Order to the Defendant and their counsel, the United States Attorney, the United States Probation Office, and the Office of the United States Marshal.

ENTER:        October 21, 2024

Frank W. Volk
Chief United States District Judge